UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YASIR MEHMOOD,

    Petitioner,

v.

NSDC, CCA., *et al.*,

    Respondents.

2:15-cv-01522-JAD-CWH

**Order Directing Petitioner to Pay the $5.00 Fee or Apply for Pauper Status by September 18, 2015**

    Yasir Mehmood, who is apparently incarcerated in the Nevada Southern Detention Center in Pahrump, Nevada, has submitted a petition for a writ of habeas corpus in this case (#1). However, he did not pay the filing fee of $5.00, and he did not submit an application to proceed *in forma pauperis*. Petitioner will need to do one or the other before this action may proceed.

    **IT IS THEREFORE ORDERED** that **petitioner must do one of the following by September 18, 2015: (1) make the necessary arrangements at the institution where he is incarcerated to pay the $5.00 fee for this case and have payment of the fee sent to the court along with a copy of this order; or (2) file a completed application for leave to proceed *in forma pauperis*, including a signed financial certificate and a statement of his inmate account.** The clerk of the court is directed to send petitioner a blank *in forma pauperis* application form for incarcerated litigants. If Petitioner fails or refuses to comply with this order, this case will be dismissed.

Dated this 18th day of August, 2015

                                                  _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge