UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Yassir Mehmood,<br><br>　　Petitioner<br><br>v.<br><br>NSDC, CCA, et al.,<br><br>　　Respondents | 2:15-cv-1522-JAD-CWH<br><br>**Order Denying Motion to Proceed** *in Forma Pauperis* **on Appeal**<br><br>**[ECF 7]** |

　　This habeas corpus petition is brought by Yasir Mehmood, who, according to his habeas petition,[1] is incarcerated in the Nevada Southern Detention Center, in Pahrump, Nevada, awaiting a criminal trial in the United States District Court for the Eastern District of California.  The court dismissed the action under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts because Mehmood's application to proceed *in forma pauperis*[2] was inadequate, his habeas petition was not properly presented, and, at any rate, his habeas petition was meritless because it asserted no claim cognizable in a federal habeas action.[3]  Judgment was entered on September 25, 2015, and this case was closed.[4]  On October 15, 2015, Mehmood filed a notice of appeal[5] and a motion to proceed *in forma pauperis* on appeal.[6]  I now deny the motion to proceed with pauper status on appeal because this appeal is not taken in good faith.

---

[1] ECF 1.

[2] ECF 2.

[3] *See* Order entered September 24, 2015 (ECF 4).

[4] ECF 5.

[5] ECF 6.

[6] ECF 7.

**Discussion**

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."[7] The good-faith requirement for *in forma pauperis* status on appeal is satisfied if the appellant seeks review of an issue that is not frivolous.[8] An action is frivolous if "it lacks an arguable basis either in law or in fact."[9]

In my September 25, 2015, order denying Mehmood's petition and pauper application, I found his petition frivolous. The thrust of his challenge was to claim he is receiving inadequate law-library access. But that type of relief cannot be redressed with a habeas petition. And Mehmood's petition was also not submitted on the court's approved form.[10] Because Mehmood's petition was frivolous, I find that his appeal would not be taken in good faith.

**Conclusion**

IT IS THEREFORE ORDERED that the petitioner's Motion to Proceed *in Forma Pauperis* on Appeal (ECF 7) is **DENIED**. The court hereby certifies under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24, that this appeal is not taken in good faith.

Dated this 19th day of October, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[7] 28 U.S.C. § 1915(a)(3); *see also* Fed. R. App. P. 24.

[8] *See Gardner v. Pogue*, 558 F.2d 548, 550-51 (9th Cir.1977) (citing *Coppedge v. United States*, 369 U.S. 438, 445 (1962)) (quotation marks omitted); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir.2002) (if at least one issue or claim is non-frivolous, the appeal may proceed *in forma pauperis*).

[9] *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

[10] ECF 4.